<u>CRIMINAL CAUSE FOR SENTENCING</u>

BEFORE JUDGE: <u>GARAUFIS</u>   DATE: <u>3/14/05</u>   TIME: <u>10:00 AM</u>

DOCKET NUMBER: <u>00-CR-1248</u> TITLE: <u>USA -V- MANGIARANO</u>

DEFT. NAME: <u>ROBERTO MANGIARANO</u>   DFT. #: _____
    <u>X</u> PRESENT, __NOT PRESENT, __ ____ CUSTODY  <u>X</u> ON BAIL

    ATTY FOR DEFT.: <u>RONALD RUBENSTEIN</u>

    <u>X</u> PRESENT,  __NOT PRESENT   __RET
    __PDA

DEFT. NAME: _____ DFT. #: _____
    ___PRESENT, __NOT PRESENT, __IN CUSTODY, __ON BAIL

    ATTY FOR DEFT.: _____  __CJA
    __PRESENT, __NOT PRESENT  __RET

DEFT. NAME: _____ __ IN CUSTODY   __PDA
    ATTY FOR DEFT. _____ __ NOT PRESENT

A.U.S.A.: <u>KENNETH BREEN</u>

DEPUTY CLERK: <u>JOSEPH RECCOPPA</u>

COURT REPORTER(S) OR ESR OPERATOR: _[signature]_

INTERPRETER(S): _____  OTHER: _____
    Docket clerks: Enter all information under KCE, then
        enter other vital event names as needed.

OTHER: _[signature]_