UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

    -against-                              **ORDER**

                                                CR-00-1248 (NGG)

ROBERT MANGIARANO.

        Defendant.
-------------------------------------------------------------------x

WHEREAS the defendant in this matter, Robert Mangiarano, has been sentenced to 51 months imprisonment and is presently incarcerated,

IT IS HEREBY ORDERED that the bail of the defendant, Robert Mangiarano, be released by the Clerk of the Court.

SO ORDERED.


Dated: September 29, 2005                    _____/s/_____
      Brooklyn, N.Y.                       Nicholas G. Garaufis
                                                     United States District Judge